17207

Ex parte DOUGLAS R. BROOME and OLLIE B. BROOME, Petitioners-Respondents, v. JAMES T. BROOME, Respondent-Appellant. In Re JAMES T. BROOME, Plaintiff, v. DOUGLAS R. BROOME and OLLIE B. BROOME each individually and d/b/a Doug Brome's Drive-In, Defendants

(94 S. E. (2d) 439)

*Chas. F. Cooper, Esq.,* of Columbia, *for Respondent-Appellant,*

*Messrs. Baker & Baker,* of Columbia, *for Respondents,*

September 24, 1956.

*Per Curiam.*

The Order of Honorable G. Badger Baker has been carefully considered in the light of the record and the exceptions, and we find no error.

Let the Order be reported as the judgment of this Court.